United States Bankruptcy Court
Middle District of Georgia

| | |
|---|---|
| IN RE:<br>Andy K. Valencia<br>149 Kathleen Drive<br>Fitzgerald, GA 31750-7158 | Chapter 13<br><br>Case No. 10-12168-JDW |

Transmittal of Unclaimed Funds

Now comes the Chapter 13 Trustee and transmits to William E. Tanner, Clerk of the United States Bankruptcy Court, the sum of $552.73 in unclaimed funds of Alltel Communications, creditor.

Last Known Address (Most recent listed left to right):

Alltel Communications
1 Allied Drive, Bld 4 Fl 3
Little Rock, AR 72202

Dated: 11/13/2013

/s/ A. Kristin Hurst

A. Kristin Hurst, Trustee